UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | |
| ) | 3:92-CR-238(07)-G |
| DONEL MARCUS CLARK, ) | |
| ) | **ECF** |
| Defendant. ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court. Defendant's motion to proceed *in forma pauperis* on appeal [Doc. #91] is **DENIED**.

**SO ORDERED**.

September 11, 2008.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**